# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00845-CV

**J. C. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-FM-12-000387, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to substitute new counsel. Because current counsel was appointed by the trial court, we abate this appeal and remand to the trial court to consider and act on appellant's motion. After the trial court makes its determination, it should immediately inform this Court of its decision. Appellant's brief will be due twenty days from the date the trial court makes its decision on appellant's motion. *See* Tex. R. App. P. 38.6(a) (in accelerated appeal, brief is due twenty days from date record is filed). We dismiss as moot appellant's pending motion for extension of time to file his brief.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Abated

Filed: February 27, 2014